THE STATE OF OHIO, APPELLANT, *v.* FIELDER, APPELLEE.

[Cite as *State v. Fielder* (1998), 84 Ohio St.3d 14.]

(No. 97–2323—Submitted October 13, 1998—Decided November 25, 1998.)

*R. Larry Schneider,* Union County Prosecuting Attorney, and *Rick Rodger,* Assistant Prosecuting Attorney, for appellant.

The judgment of the court of appeals is reversed on the authority of *State v. Cook* (1998), 83 Ohio St.3d 404, 700 N.E.2d 570.

The trial court's finding that Michael Fielder is a sexual predator is reinstated.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.